330 A.2d 855
In re ESTATE of David A. COOPER, Deceased, late of the
Township of Lower Merion.

Appeal of Myron H. DEUTSCH and
Judith M. Deutsch, his wife.

Supreme Court of Pennsylvania.
Argued Nov. 19, 1974.
Decided Jan. 27, 1975.

Myron H. Deutsch, Richard Carl Smukler, Philadelphia, for appellants.

S. Jonathan Emerson, Montgomery, McCracken, Walker & Rhoads, Randall C. Rolfe, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM:
Decree affirmed. Each party to bear own costs.